# In the United States District Court for the Southern District of Georgia Waycross Division

KALAIAH JEFFERSON,

    Plaintiff,

v.

THE LAW OFFICES OF MITCHELL D. BLUM & ASSOCIATES, LLC d/b/a MBA Law; WAKEFIELD & ASSOCIATES, LLC; and PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendants.

CV 523-035

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 16, wherein she notifies the Court that she wishes to dismiss all claims asserted against Defendant Portfolio Recovery Associates, LLC with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted against Portfolio Recovery Associates, LLC are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Portfolio Recovery Associates, LLC as a party to this lawsuit. Plaintiff's claims against Defendants Wakefield & Associates, LLC and The Law Offices of Mitchell D. Blum & Associates, LLC remain pending.

**SO ORDERED**, this 20 day of September, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA