# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| KALAIAH JEFFERSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF MITCHELL D. BLUM & ASSOCIATES, LLC d/b/a MBA Law; AND WAKEFIELD & ASSOCIATES, LLC,<br><br>    Defendants. | CV 523-035 |

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 19, wherein she notifies the Court that she wishes to dismiss all claims asserted against Defendant Law Offices of Mitchell D. Blum & Associates, LLC with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted against Law Offices of Mitchell D. Blum & Associates, LLC are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Law Offices of Mitchell D. Blum & Associates, LLC as a party to this lawsuit. Plaintiff's claims against Defendant Wakefield & Associates, LLC, which has not yet been served with process, remain pending.

**SO ORDERED**, this 17 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA